Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*One 3 Two, Inc. dba Obey Clothing*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE 3 TWO INC., dba OBEY CLOTHING, a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AKAME, INC., a California Corporation dba DESTINY FASHIONS; EUGENE OKORIE, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 12-6836 ODW (JCGx)<br><br>[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |

WHEREAS Plaintiff **One 3 Two, Inc. dba Obey Clothing** and Defendants **Akame, Inc. dba Destiny Fashions** and **Eugene Okorie** have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter. Defendants, having agreed to consent to the below terms, it is hereby:

**ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

　1.　This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

　2.　Obey is the exclusive licensee of the Obey Marks, which include but are not limited to "OBEY" (U.S. Reg. No. 3,282,078) and Obey Giant logo depicted below (U.S. Reg. No. 2,632,359) for a variety of products, including but not limited to clothing, stickers, posters, and printed paper articles.



3.    Plaintiff has alleged that Defendants, with one product or more, have violated Plaintiff's rights in and to one or more of its trademarks, and that said alleged infringing activities constitute trademark infringement, false designations of origin, trademark dilution, and unfair competition under federal and state law.

4.    Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon Plaintiff's trademarks either directly or contributorily in any manner, including:

(a)    Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing products bearing a mark or feature identical and/or confusingly similar to Plaintiff's Obey Marks;

(b)    Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner products bearing a mark or feature identical and/or confusingly similar to Plaintiff's Obey Marks;

(c)    Using the Obey Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise comprising not the genuine products of Plaintiff, or in any manner likely to cause others to believe that Defendants' products are connected with Plaintiff or Plaintiff's genuine merchandise;

(d)    Committing any other acts calculated to cause purchasers to believe that Defendants' products are Plaintiff's genuine merchandise or associated with Plaintiff in any way;

[PROPOSED] ORDER RE CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL

   (e)   Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to 5(d) above.

   5.   Plaintiff and Defendants shall bear their own costs and attorneys' fees associated with this action.

   6.   The execution of this Consent Judgment shall serve to bind and obligate the parties hereto.

   7.   The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

**IT IS SO ORDERED.**

DATED: April 8, 2013

_____
Hon. Otis D. Wright II
**United States District Judge**